No. 1075. Jacob Doll & Sons (Incorporated), Petitioner, *v.* Giovanni Tomaso Ribetti. May 5, 1913.

